IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>JOSEPH LEE ELDABAA,<br><br>Defendant. | CR 15-11-H-CCL-02<br>CV 18-98-H-CCL<br><br>**ORDER** |

On September 17, 2019, the Court filed an order denying Defendant's motion to set aside the judgment (Doc. 314), but did not issue or deny a certificate of appealability, as required by Rule 11 of the Rules Governing Section 2255 Proceedings. Accordingly,

IT IS HEREBY ORDERED that a certificate of appealability is DENIED.

Dated this 2nd day of October, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE