| | |
|---|---|
| UNITED STATES OF AMERICA ) | MEMORANDUM OF LAW |
| Respondent ) | IN SUPPORT OF MOTION |
| v ) | FOR RECONSIDERATION |
| JOSEPH LEE ELDABAA ) | |
| Petitioner ) | CASE NO: CR-15-011-H-CCL |
| ) | CASE NO. CV-18-98-H-CCL |

To The Court:

Petitioner attaches USA v Caesar Rodriguez, a March 28 2018 Opinion of the 9th US Circuit issued over one year following the March 6 2017 US Suppreme Court Beckles Opinion related to federal guidelines for calculations of criminal history based on state convictions. As is clear, while Beckles limits Johnson's vagueness standard to the Armed Career Criminal Act, the overbreadth doctrine of the 9th US Circuit initiated in US v Gonazlez-Montorroso and USA v Garcia- Jiminez is not, and applies to criminal histories like Petitioner's including Attempted Assault and DCS defined by Oregon and similar statutes. Hence, under 9th US Circuit law Petitioner's sentence should be recalculated; yet Judge Lovell's Sept. 17 Opinion/Order makes no attempt to consider and respect 9th US Circuit law in this situation; so we ask that this Habeas be reassigned to a neutral, impartial forum that will.

Submitted to the Court November 13 2019

Joseph L. Eldabaa

Joseph Eldabaa #13878-046
Victorville USP, US Penitentiary
P.O Box 3900
Adelanto CA 92301

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Respondent ) | CERTIFICATE OF SERVICE |
| v ) | |
| JOSEPH LEE ELDABAA ) | |
| Petitioner ) | CASE NO: CR-15-011-H-CCL |
| ) | CASE NO. CV-18-98-H-CCL |
| To The Court: | |

Petitioner certifies that he has mailed true copies of MOTION OF MOTION FOR RECONSIDERATION AFTER REASSIGNMENT TO NUTRAL, IMPARTIAL JUDGE, MEMORANDUM OF LAW IN SUPPORT OF RECONSIDERATION by first class mail in sealed envelope, postage fully prepaid, to Paulette Stewart, US Attorney 901 Front Street, Suite 1100, Helena MT 59626 This November 13 2019.

Joseph Eldabaa, 13878-046
USP Victorville
US Penitentiary
P.O. Box 3900
Adalanto CA 92301