IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION
FILED
12/3/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>JOSEPH LEE ELDABAA,<br><br>Defendant. | CR 15-11-H-CCL-02<br>CV 18-98-H-CCL<br><br>**ORDER** |

Before the Court is Defendant's "Motion for Reconsideration After Re-Assignment to Nutral [sic], Impartial Judge." The matter referenced in Defendant's motion was recently dismissed as without merit and its filing did not in any way impact the Court's earlier decision.

Additionally, you included in your recent filing your counsel's written advice to you. I want to direct your attention to your attorney's statement to you on page 3 of his letter, which states, in part, as follows:

> Except for that, my involvement in your case is now over. Your confession and extensive criminal history made this case particularly challenging. Judge Lovell said that yours is one of the worst criminal histories that he had ever seen in 31 years on the bench. Considering the fact that you went into sentencing as a career criminal with a guideline range of imprisonment of 188 to 234 months, I thought that a 10-year sentence was fair since Judge Lovell could have given you twice that much time. Fortunately, that didn't happen.

(Doc. 338-4 at 3).

Far from supporting your motion for reconsideration, your filing demonstrates that the Court's imposition of sentence in this case was reasonable. Accordingly,

IT IS HEREBY ORDERED that Defendant's motion for reconsideration (Doc. 337) is DENIED.

I hereby recuse myself as to any future filings by Mr. Eldabaa or on his behalf in these matters. The Clerk is therefore directed to notify Chief Judge Christensen of the entry of this Order so that he can reassign future filings, if any.

Dated this 2nd day of December, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

c: Chief Judge Christensen